No. 550. Philippine Sugar Estates Development Company, Limited, Inc. v. Gabriela Andrea de Coster. October 25, 1926. Petition for a writ of certiorari to the Supreme Court of the Philippine Islands denied. Messrs. F. G. Fisher and C. A. DeWitt for petitioner. Messrs. Chester I. Long, George E. Chamberlain, Peter Q. Nyce, and Antonio M. Oppisso for respondent.

No. 551. James E. Arnold v. Ross A. Collins. October 25, 1926. Petition for a writ of certiorari to the Court of Appeals of the District of Columbia denied. Mr. William E. Richardson for petitioner. Mr. John S. Barbour for respondent.

No. 554. City of Toledo et al. v. Maumee Valley Electric Company. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. Charles A. Seiders for petitioners. Messrs. U. G. Denman and Karl E. Burr for respondent.

No. 555. W. R. Grace and Company v. Toyo Kisen Kabushiki Kaisha. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Mr. William H. Orrick for petitioner. Mr. Thomas B. Dozier for respondent.

No. 451. Procter and Gamble Company et al. v. Federal Trade Commission. October 25, 1926. Petition for a writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Mr. Frank F. Dinsmore for petitioners. Solicitor General Mitchell and Mr. Bayard T. Hainer for respondent.